FILED
2022 AUG 16 PM 1:19
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
for the
MIDDLE District of FLORIDA
ORLANDO Division

M.A GISCOMBE

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

ACCESS FLORIDA ( FOOD / CASH BENEFITS)

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 6:22-CV-1457-PGB-LHP
(to be filled in by the Clerk's Office)

Jury Trial: (check one)   ☐ Yes   ☑ No

## COMPLAINT FOR A CIVIL CASE

I.   The Parties to This Complaint

   A.   The Plaintiff(s) — M.A GISCOMBE 2602 ROUGHSIDE CIR KISSIMMEE, FL 34746

   ~~Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.~~

   | | |
   |---|---|
   | ~~Name~~ | ~~ACCESS FLORIDA Central Mail Center~~ |
   | ~~Street Address~~ | ~~P.O. Box 1770~~ |
   | ~~City and County~~ | ~~Ocala~~ |
   | ~~State and Zip Code~~ | ~~FL 34478-1770~~ |
   | ~~Telephone Number~~ | OMIT INFO |
   | ~~E-mail Address~~ | OMIT INFO |

   B.   The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | DCF Headquarters |
| Job or Title (if known) | OMIT INFO |
| Street Address | 2415 North Monroe Street, Suite 400 |
| City and County | Tallahassee, Florida |
| State and Zip Code | 32303-4190 |
| Telephone Number | OMIT INFO |
| E-mail Address (if known) | OMIT INFO |

Defendant No. 2

| | |
|---|---|
| Name | ACCESS FLORIDA KISSIMMEE LOCATION |
| Job or Title (if known) | OMIT INFO |
| Street Address | 3501 W Vine St Ste 120, Kissimmee, FL 3474 |
| City and County | KISSIMMEE |
| State and Zip Code | FL |
| Telephone Number | OMIT INFO |
| E-mail Address (if known) | OMIT INFO |

Defendant No. 3

| | |
|---|---|
| Name | ACCESS FLORIDA ORLANDO LOCATION |
| Job or Title (if known) | OMIT INFO |
| Street Address | 400 W. Robinson St. Suite 1129 |
| City and County | ORLANDO |
| State and Zip Code | Florida 32801 |
| Telephone Number | OMIT INFO |
| E-mail Address (if known) | OMIT INFO |

Defendant No. 4

| | |
|---|---|
| Name | Access Florida Central Mail Center |
| Job or Title (if known) | ~~PO BOX 1770~~ Omit Info |
| Street Address | PO Box 1770 |
| City and County | Ocala |
| State and Zip Code | FL 34478-1770 |
| Telephone Number | Omit Info |
| E-mail Address (if known) | Omit Info |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
CIVIL CASE Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* OMIT INFO, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* OMIT INFO, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
   Or is incorporated under the laws of *(foreign nation)* _____,
   and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
   OMIT INFO

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.
VICTIMS STATEMENT  M.A GISCOMBE  , APPLIED OCT 2021 FOR  FOOD/ CASH BENFITS AT ACCESS FLORIDA KISSIMMEE LOCATION (IN PERSION INTERVIEW) CURRENTLY WAITING TO RECEIVE FOOD / CASH BENEFITS 8/15/2022

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
VICTIMS STATEMENT M . A GISCOMBE , RELIEF 16,000 USD FOOD / CASH BENFITS 8/15/2022

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/15/2022

Signature of Plaintiff
Printed Name of Plaintiff: M.ANTOINETTE GISCOMBE

### B. For Attorneys

Date of signing:

Signature of Attorney: OMITINFO
Printed Name of Attorney: OMITINFO
Bar Number: OMITINFO
Name of Law Firm: OMITINFO
Street Address: OMITINFO
State and Zip Code: OMITINFO
Telephone Number: OMITINFO
E-mail Address: OMITINFO