**SUBMITTING TO FEDERAL COURT ORLANDO 8/15/2022 KISSIMMEE,FL 2022CC1696 PREVIOUS CASE NUMBER**

**M.ANTOINETTE GISCOMBE+ VS ACCESS FLORIDA FOOD/ CASH BENEFITS++ (picture taken on m. a giscombe cellular device FOR in person interview (oct 2021) + NOTE UPDATED 8/15/2022**



INFORMATION REQUEST. ADD INCOME RANGE CHART FOR BENEFIT AMOUNT CALCULATION TO WEBSITE. ACCESS FLORIDA JULY 2022 (SEE PICTURE EXAMPLES) TO STUDIOMG.USA@GMAIL. M.A GISCOMBE.
SHANE.DEBOARD@MYFLFAMILIES. ACCESS FLORIDA REPRESENTATIVE

REQUESTING TO UPDATE PROFILE FOR M.A GISCOMBE. M.A GISCOMBE HAS COMPLETED INPERSON INTERVIEW FOR (FOOD AND CASH BENEFITS) AT KISSIMMEE, FL ACCESS FLORIDA LOACTION (OCT 2021) 2022CC1696

EXAMPLE PAGE / CASE #
CC1696
+STUDIOMG.USA@GMAIL

IONAL INTERVIEWS ARE REQUIRED BY ACCESS FLORIDA PLEASE BRING ELIGIBILITY CASE MANAGER TO COURT HEARING DAY TO CONDUCT FINAL INTERVIEW TO RELEASE ( FOOD AND CASH BENEFITS)" M.ANTOINETTE GISCOMBE , END NO

- INFORMATION REQUEST ADD INCOME RANGE CHART FOR BENEFIT AMOUNT CALCULATION TO WEBSITE ACCESS FLORIDA JULY 2022 (SEE PICTURE EXAMPLES ) TO STUDIOMG.USA@GMAIL , M. A GISCOMBE ,
SHANE.DEBOARD@MYFLFAMILIES , ACCESS FLORIDA REPRESENTATIVE

REQUESTING TO UPDATE PROFILE FOR M.A GISCOMBE, M.A GISCOMBE HAS COMPLETED INPERSON INTERVIEW FOR (FOOD AND CASH BENEFITS) AT KISSIMMEE , FL
ACCESS FLORIDA LOACTION (OCT 2021) 2022CC1696



" IF ADDITIONAL INTERVIEWS ARE REQUIRED BY ACCESS FLORIDA PLEASE BRING ELIGIBILITY CASE MANAGER TO COURT HEARING DAY TO CONDUCT FINAL INTERVIEW TO RELEASE ( FOOD AND CASH BENEFITS)" M.ANTOINETTE GISCOMBE , END NOTE JULY 18 2022

Apply for Benefits - 809796127



NOTE ADDED 8/15/2022 submitting to federal court orlando, fl  case originally was submitted to kissimmee , fl court
M.A GISCOMBE CIVIL CASE , (NEED FOOD CASE BENEFITS, {1ST APPLIED OCT 2021,ACCESS FL }
THIS IS A COPY OF QUESTIONAIRE ASKED DURING {OCT 2021} INPERSON INTERVIEW) BENEFITS ALLOWANCE NEED TO BE FULFILLED

## Benefits Information

| Type of benefits selected | Food Assistance  Cash Assistance |
|---|---|

## Electronic Signature

| Date Submitted | 05/03/2022 |
|---|---|
| Electronic Signature completed: | Yes |
| By whom? | MISHAEL |

## Primary Information Person

| First name | MISHAEL |
|---|---|
| Last Name | GISCOMBE |
| Middle Initial | A |
| Suffix | N/E |
| Gender | Female |
| Living Address | 2602 Roughside Cir   Kissimmee FL 347463897 |
| Mailing Address | 2602 Roughside Cir Kissimmee FL 347463897 |
| Preferred Notice Language | English |
| Home phone | N/E |
| Work phone | N/E |
| Cell phone | N/E |
| Email address | STUDIOMG.USA@GMAIL.COM |

## People In Your Home

| First name | MISHAEL |
|---|---|
| Last Name | GISCOMBE |
| Middle Initial | A |
| Suffix | N/E |
| Gender | Female |
| Date of birth | 01/31/1993 |
| What is this person's country of birth? | United States |
| What is the primary language spoken in this person's home? | Sign Language |

- 1 -

## Apply for Benefits - 809796127

COMMENT ADDED 8/15/2022 (submitting to federal court org/co, a case originally was submitted to kissimmee, fl court
M.A GISCOMBE CIVIL CASE , (NEED FOOD CASE BENEFITS, {1ST APPLIED OCT 2021,ACCESS FL }
THIS IS A COPY OF QUESTION ASKED DURING {OCT 2021} INPERSON INTERVIEW) BENEFITS ALLOWANCE NEED TO BE FULFILLED

| | |
|---|---|
| Does this person need an interpreter? | No |
| Does the individual require Deaf and Hard of Hearing communication assistance? | N/E |
| Does the individual require Visual communication assistance? | Large Print |
| What county does this person live in? | Osceola |
| Is this person a resident of Florida? | Yes |
| Is this person disabled or blind? | No |
| What is this person's marital status? | Legally separated |
| What is this person's living arrangement? | Home/apartment/trailer |
| Does this person intend to file taxes as either an individual or joint filer? Choose 'no' if this person is a tax dependent. | N/A |
| Social Security Number | XXX-XX-9851 |
| Has this person ever used a different Social Security number or a different name, such as a maiden or married name? | No |
| Is this person a U.S. citizen? | Yes |
| Ethnicity | Not Hispanic or Latino |
| Race | Black or African American |
| If this person is American Indian / Alaskan Native, are they a member of a federally recognized tribe? | N/E |
| Tribe name | N/E |
| Is this person applying for assistance? | Yes |
| Has this person been out of the U.S. in the last 30 days? | No |

## School Enrollment Details

| | |
|---|---|
| Who | MISHAEL A. GISCOMBE |
| Please select MISHAEL A. GISCOMBE's school enrollment status: | Full-time |
| School name: | FIRST RESPONSE TRAIN |
| School district: | Orange |
| Graduation date | N/E |
| If attending an institute of higher learning, is this person participating in a work study program? | N/E |
| School type | Inst. of higher education |
| What is MISHAEL A. GISCOMBE's education level? | Awarded Associates Degree |
| Is anyone attending a school conference for MISHAEL A. GISCOMBE? | N/A |
| If yes, who attended the school conference? | N/A |
| What is the date of last school conference for MISHAEL A. GISCOMBE? | N/A |

Apply for Benefits - 809796127

NOTE ADDED 8/15/2022 submitting to federal court orlando, fl  case originally was submitted to kissimmee , fl court M.A GISCOMBE CIVIL CASE , (NEED FOOD CASE BENEFITS, {1ST APPLIED OCT 2021,ACCESS FL } THIS IS A COPY OF QUESTION ASKED DURING {OCT 2021} INPERSON INTERVIEW) BENEFITS ALLOWANCE NEED TO BE FULFILLED

## Other Household Information

| Who | MISHAEL |
|---|---|
| Is MISHAEL in Renal Dialysis? | N/A |
| Is MISHAEL attending school, including college and technical school? | Yes |
| Is MISHAEL convicted of a drug trafficking felony committed after 8/22/1996 or trading food assistance? | No |
| Is MISHAEL a victim of human trafficking or a family member of a trafficking victim? | N/A |
| Did MISHAEL receive SSI benefits in the past but not receiving them now? | N/A |
| Is MISHAEL fleeing the law due to Felony or Probation or Parole violation? | No |
| Migrant or seasonal farm worker | No |
| Does MISHAEL need help with activities of daily living through personal assistance services, nursing home or other medical facility. | N/A |
| Is MISHAEL in Hospice? | N/A |
| Is MISHAEL in Hcbs? | N/A |
| Is MISHAEL current with their immunization(shot) requirements? | N/A |
| Did MISHAEL receive TANF,SNAP or Medical Assistance from another state or source ? | No |
| Does MISHAEL received health services from the Indian Health Services,a tribal health program,or urban indian health program or through a referral from one of these programs? | N/A |
| Is MISHAEL convicted of receiving SNAP, TANF or Medical Assistance in more than one state at the same time does not have on or after 8/22/1996? | No |
| Is MISHAEL a foster child? | N/A |
| Has MISHAEL been declared an adult by a judge? | N/A |
| Is MISHAEL needs special therapy for emotional, developmental or behavioral problems? | N/A |
| Is MISHAEL would like to get child health check up services? | N/A |

## Migrant or seasonal farm worker

| Is anyone in your household a migrant or seasonal farm-worker? | No |
|---|---|

- 3 -

Apply for Benefits - 809796127

NOTE ADDED 8/15/2022 submitting to federal court orlando, fl  case originally was submitted to kissimmee , fl court
M.A GISCOMBE CIVIL CASE , (NEED FOOD CASE BENEFITS, {1ST APPLIED OCT 2021,ACCESS FL }
THIS IS A COPY OF QUESTION ASKED DURING {OCT 2021} INPERSON INTERVIEW) BENEFITS ALLOWANCE NEED TO BE FULFILLED

## Discounted Phone Service

| | |
|---|---|
| Who | N/E |
| Do you want Lifeline Assistance? | No |
| Telephonic Service Provider | N/E |
| Phone number | N/E |
| Name on the phone bill | N/E |

## Liquid Assets

| | |
|---|---|
| Cash | No |
| Bank Account | Yes |
| Other Asset | No |
| Transfer of assets | No |
| Cash Settlement | No |

## Review Your Answers: Bank Accounts

| | |
|---|---|
| Type of bank account: | Savings account |
| What is the amount that MISHAEL has in the account? | $3000.00 |
| Name of the bank: | N/E |
| Account number if known: | N/E |
| Is MISHAEL designating any of this asset for burial? | N/A |
| If yes, how much? | N/A |
| Please select the individual who owns part of this asset with MISHAEL. | Not jointly owned with anyone |
| If part owner, what percentage does this person own? | N/E |

## Release of Financial Information

| | |
|---|---|
| Release of Financial Information | N/A |

## Other Assets

| | |
|---|---|
| Life Insurance | No |
| Vehicle | No |
| Real Estate | No |
| Business Assets | No |

## Review Your Income Changes

- 4 -

Apply for Benefits - 809796127

NOTE ADDED 8/15/2022 submitting to federal court orlando, fl  case originally was submitted to kissimmee , fl court
M.A GISCOMBE CIVIL CASE , (NEED FOOD CASE BENEFITS, {1ST APPLIED OCT 2021,ACCESS FL }
THIS IS A COPY OF QUESTION ASKED DURING {OCT 2021} INPERSON INTERVIEW) BENEFITS ALLOWANCE NEED TO BE FULFILLED

| | |
|---|---|
| Current/New Job | No |
| Past Jobs | No |
| Self Employment | No |
| Room and Board | No |
| Refused Jobs | No |
| On Strike | No |

## Unearned Income Information

| | |
|---|---|
| Other Income | No |
| American Indian/Alaska Native Income | N/A |
| Benefits Applied For But Not Been Approved | No |
| Deductions | N/A |
| Educational Aid and Expenses | N/A |

## Expenses Summary

| | |
|---|---|
| Shelter Expenses | No |
| Utility Expenses | No |
| Room and Board Expenses | No |
| Low Income Housing Energy Assistance | No |
| Heating or Cooling Expenses | No |
| Homeless Shelter Expenses | No |

## Review Your Other Expense Changes

| | |
|---|---|
| Child Support Payments | No |
| Dependent Care Expenses | No |
| Medical Expenses | No |
| Past Medical Expenses | N/A |
| Medicare Expenses | No |
| Blind Work Related Expenses | N/A |
| Health Insurance | N/A |
| VoluntaryCancellation | N/A |
| Declined Employer Provided Health Coverage | N/A |

## Additional Information

| | |
|---|---|
| Additional Information | N/E |

- 5 -

NOTE ADDED 8/15/2022 submitting to federal court orlando, fl  case originally was submitted to kissimmee , fl court
M.A GISCOMBE CIVIL CASE , (NEED FOOD CASE BENEFITS, {1ST APPLIED OCT 2021,ACCESS FL }
THIS IS A COPY OF QUESTION ASKED DURING {OCT 2021} INPERSON INTERVIEW) BENEFITS ALLOWANCE NEED TO BE FULFILLED  8/15/2022