# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

M. ANTOINETTE GISCOMBE,

      **Plaintiff,**

v.                                       Case No: 6:22-cv-1457-PGB-LHP

ACCESS FLORIDA, DCF HEADQUARTERS, ACCESS FLORIDA KISSIMMEE LOCATION, ACCESS FLORIDA ORLANDO LOCATION and ACCESS FLORIDA CENTRAL MAIL CENTER,

      **Defendants.**

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 18th day of August 2022.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented parties
Counsel of Record